IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY LEWIS                                                                                     PLAINTIFF

vs.                                         Case No. 4:14-CV-717-JMM

OCWEN LOAN SERVICING, LLC                                                   DEFENDANT

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to the dismissal of all claims in this action with prejudice, with all parties to bear their own attorney's fees and costs.

Dated this __2nd__ day of July, 2015.

Respectfully submitted,

LEIGH LAW PLLC
P.O. Box 21514
Little Rock, AR 72221
(501) 227-7627
(501) 227-7628 Fax
v@leigh-law.com

By: _____
Victoria Leigh (2011257)
*Attorney for Plaintiff*

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
(501) 376-9442 (Fax)
jhorton@wlj.com

By: /s/Johnathan D. Horton
_____
Johnathan D. Horton (2002055)
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2015, I filed a copy of the foregoing with the Court using the CM/ECF system, which will provide notice of filing to all registered users, including:

    Ms. Victoria Leigh
    Leigh Law PLLC
    v@leigh-law.com
    Attorney for Plaintiff

    /s/Johnathan D. Horton
    Johnathan D. Horton